Date: 12/08/09        DIVIDENDS REMITTED TO THE COURT        Page: 1

Check Number 3008 Dated 12/08/09
Case Number 06-16571 - KURILKO, CHARLES H JR.

*149524*
*# 3008*

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| Asset Acceptance LLC<br>P O BOX 2036<br>Warren, MI 48090<br>(1-1) 30923913 | 000001 | 256.35 | 1.93 |
| IRS<br>Insolvency Group 3<br>1240 E 9th St<br>Room 457<br>Cleveland, OH 44199 | 000003 | 616.55 | 4.63 |
| Roundup Funding, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | 000004 | 319.32 | 2.40 |
| Division of Water<br>P.O. Box 94540<br>Cleveland, OH 44101-4540<br>(9-1) unpaid compensation for services performed 12/6/06 to 12/29/06<br>(9-1) latonia_moore@clevelandwater.com | 000009 | 17.88 | 0.13 |
| ---------- Remittance Total --------------- | | 1,210.10 | 9.09 |

SHELDON STEIN, BANKRUPTCY TRUSTEE

FILED 09 DEC 16 AM 11:50 CLERK US BANKRUPTCY COURT NORTHERN DISTRICT OF OHIO CLEVELAND