# DIVIDENDS REMITTED TO THE COURT

Check Number 3016 Dated 01/19/10
Case Number 06-16571 - KURILKO, CHARLES H JR.

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| Division of Water<br>P.O. Box 94540<br>Cleveland, OH 44101-4540<br>(9-1) unpaid compensation for services performed 12/6/06 to 12/29/06<br>(9-1) latonia_moore@clevelandwater.com | 000009 | 17.88 | 2.05 |

*Handwritten: CK # 3016   Ref # 149783*

---------- Remittance Total ---------------                                   17.88        2.05

*[signature]*

SHELDON STEIN, BANKRUPTCY TRUSTEE

*[FILED stamp: 2010 FEB -9 PM 1:05, NORTHERN DISTRICT COURT, CLEVELAND OF OHIO]*